UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>MIGUEL ANGEL<br>            AGUILAR-FLORES,<br><br>                    Defendant. | Case No.: 16-CR-2547-WQH<br><br>ORDER AND JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated:  February 6, 2017

Hon. William Q. Hayes
United States District Court